Decided December 1, 2011

## CLEAVEN A. JOHNSON, JR. *v.* BOARD OF EDUCATION OF THE CITY OF NEW HAVEN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 130 Conn. App. 191 (AC 31239), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's exclusion of the recall provision in the plaintiff's employment contract as irrelevant?"

NORCOTT, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18893.

*Max F. Brunswick*, in support of the petition.

*Warren L. Holcomb*, in opposition.

Decided December 1, 2011